IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RONALD FOSTER,** | 1:06-CV-0792 LJO DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. REDENIUS, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for a second extension of time to serve responses to Plaintiff's first set of interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, of ten court days, to and including December 19, 2007, to complete and serve Defendant's responses to Plaintiff's first set of interrogatories.

IT IS SO ORDERED.

Dated:   December 7, 2007              /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1