1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12    **RONALD FOSTER,**                    1:06-CV-0792 LJO DLB (PC)

13                          Plaintiff,      **ORDER GRANTING**
                                            **DEFENDANTS' MOTION**
14          **v.**                          **FOR EXTENSION OF TIME**
                                            **TO FILE OPPOSITION TO**
15    **R. REDENIUS, et al.,**              **MOTION TO COMPEL**

16                          Defendants.     (DOCUMENT #35)

17

18          The Court, having considered Defendants' request for an extension of time to file their

19   Opposition to Plaintiff's motion to compel discovery, and good cause having been found:

20          **IT IS HEREBY ORDERED**: Defendants shall be granted a ten day extension of time,

21   to and including February 11, 2008, to complete and file their opposition to Plaintiff's motion to

22   compel discovery.

23

24          IT IS SO ORDERED.

25       **Dated:   February 12, 2008**         _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28

Order

1