IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RONALD FOSTER,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**R. REDENIUS, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 1:06-CV-0792 LJO DLB (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**<br><br>Docs. 34,41 |

　　　The Court, having considered the motion of Defendants Harrison, Uribe, Redenius, Alvarez, and Noyce for an extension of time to serve responses to Plaintiff's second set of interrogatories, and good cause having been found:

　　　**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including April 23, 2008, to complete serve Defendants' responses to Plaintiff's second set of interrogatories.

　　　IT IS SO ORDERED.

　　　**Dated:　March 27, 2008**　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1