IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RONALD FOSTER,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**R. REDENIUS, et al.,**<br><br>                              Defendants. | 1:06-CV-0792 LJO DLB (PC)<br><br>**ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION**<br><br>(Doc. 44) |

The Court, having considered Defendants' motion for an extension of time to file a dispositive motion, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants are granted an extension of time of sixty days, to and including October 6, 2008, to complete and file a dispositive motion.

IT IS SO ORDERED.

Dated: __July 24, 2008__           _____/s/ Dennis L. Beck_____
                                              UNITED STATES MAGISTRATE JUDGE

1