UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FOSTER,<br><br>            Plaintiff,<br><br>      v.<br><br>R. REDENIUS, et. al.,<br><br>            Defendant. | CASE NO: 1:06-CV-0792 LJO DLB P<br><br>ORDER REQUIRING DEFENDANTS TO PROVIDE COMPLETE DECLARATION<br><br>(Doc. 38) |

Plaintiff Ronald Foster ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding on plaintiff's complaint filed June 22, 2006 against defendants Alvarez, Garcia, Harrison, Noyce, Redenius, Schiefelbein, Uribe and Wadman.

On January 3, 2008, plaintiff filed a motion to compel defendants to serve further responses to the interrogatories and his request for production of documents. (Doc. 33). Defendants filed their opposition on February 11, 2008, along with a declaration of B. Snider dated February 11th. (Doc. 38, Exh. B, Snider Decl.). It appears however, that page 1 of B. Snider's declaration is missing. Defendants are HEREBY ORDERED to serve and file the complete declaration of B. Snider, dated February 11, within **ten** days of service of this order.

IT IS SO ORDERED.

Dated:   **August 12, 2008**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE