# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FOSTER, ) | CASE NO: 1:06-CV-0792 LJO DLB P |
| ) | |
| Plaintiff, ) | ORDER RE PLAINTIFF'S REQUEST TO PROPOUND ADDITIONAL INTERROGATORIES |
| v. ) | |
| R. REDENIUS, et. al., ) | (Doc. 34) |
| ) | |
| Defendant. ) | |

 Plaintiff Ronald Foster ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding on plaintiff's complaint filed June 22, 2006.

 On January 3, 2008, plaintiff filed a motion for leave to exceed the twenty-five (25) interrogatory limitation. F.R.C.P. 33(a). Plaintiff seeks to propound three additional interrogatories to defendant Redenius, two additional interrogatories to defendant Alvarez, and one additional interrogatory to defendant Uribe and Harrison, and four additional interrogatories to defendant Noyce. Plaintiff further requests that defendants provide plaintiff with copies of the documents referred to by defendants in their responses. (Doc. 34).

 In opposition, defendants argue that plaintiff's motion to serve a second set of interrogatories upon defendants should be denied as unnecessary, since plaintiff did not exceed the twenty-five question interrogatory limit with his first sets of interrogatories, and will not exceed the limitation with the addition of his second set of interrogatories. (Doc.37). Defendants further argue that plaintiff's request

1 for production of documents is also unnecessary since plaintiff only needs to propound a second set of
2 requests for production of documents.
3     In light of the fact that plaintiff did not exceed the twenty-five interrogatory limit prior to his
4 filing this instant motion, the court deems his request for a court order unnecessary. Likewise, a court
5 order is not required for plaintiff to propound on defendants a second set of requests for production of
6 documents. Therefore, plaintiff's motion for leave to serve a second set of interrogatories, and request
7 for production of documents, filed January 3, 2008, are HEREBY DENIED.

    IT IS SO ORDERED.

    **Dated:   August 19, 2008**         **/s/ Dennis L. Beck**
    UNITED STATES MAGISTRATE JUDGE